JS-6

UNITED STATED DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MARIA ALARCON, | Case No.: CV 21-7582-MWF (MAAx) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| C.R. BARD, INC., AND BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

The Court, having reviewed the Plaintiff's Motion to Dismiss with Prejudice, finds the motion should be and is hereby **GRANTED**.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the above numbered and captioned cause is closed.

Dated: November 10, 2021

MICHAEL W. FITZGERALD
United States District Court